[No. 15168-5-II.   Division Two.   August 25, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL L.
SOUSHEK, *Appellant*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 89-1-00631-4, Leonard W. Kruse, J.,
entered July 3, 1991. *Affirmed in part, reversed in part*,
and *remanded* by unpublished opinion per Alexander, J.
Pro Tem., concurred in by Seinfeld, C.J., and Houghton, J.


[No. 31998-1-I.   Division One.   August 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
MARSHALL BOWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-04998-4, James D. McCutcheon, J.,
entered December 22, 1992. *Affirmed* by unpublished per
curiam opinion.


[No. 32743-7-I.   Division One.   August 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN
RICHARD MANNING, *Appellant*.

Appeal from a judgment of the King County, No. 92-1-
06005-0, Ricardo S. Martinez, J., entered May 10, 1993.
*Affirmed* by unpublished opinion per Kennedy, A.C.J.,
concurred in by Grosse, J., and Scholfield, J. Pro Tem.